UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE TIPPITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TESORO REFINING & MARKETING COMPANY LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03893-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

　　　　Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 8, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

　　　　1.　　ALTERNATIVE DISPUTE RESOLUTION.

　　　　MEDIATION: The parties are hereby REFERRED to the court's ADR department for the purpose of engaging in mediation to take place, ideally, within the next 90 days.

　　　　2.　　DISCOVERY.

　　　　On or before June 5, 2015, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

　　　　3.　　DISCOVERY DISPUTES.

　　　　Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under

the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

a. On or before September 11, 2015, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

b. On or before October 16, 2015, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

c. On or before November 20, 2015, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5. FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **September 10, 2015 at 11:00 a.m**.  All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

6. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than July 10, 2015.

7. PRETRIAL CONFERENCE.

The final pretrial conference will be held on **January 21, 2016 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

1      8.     TRIAL DATE.

2      A jury trial shall commence on **Monday, February 1, 2016 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated:  January 8, 2015

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 14-cv-03893-RS

3