UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE TIPPITT,<br><br>        Plaintiff,<br><br>    v.<br><br>TESORO REFINING & MARKETING COMPANY LLC, et al.,<br><br>        Defendants. | Case No. 14-cv-03893-RS<br><br>**ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS** |

The Helpdesk is hereby directed to remove the documents at Dkt. Nos. 28, 28-1, 32-1, and 34 from ECF, pending the disposition of the parties' sealing requests at Dkt. Nos. 32 and 35. This order does not address the merits of the parties' request to file certain of the aforementioned documents (and others) under seal.

**IT IS SO ORDERED**.

Dated: July 14, 2015

_____
RICHARD SEEBORG
United States District Judge