UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE TIPPITT,<br><br>    Plaintiff,<br><br>    v.<br><br>TESORO REFINING & MARKETING COMPANY LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-03893-RS<br><br>**JUDGMENT** |

Based on the order granting defendants' motion for summary judgment, judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED**.

Dated: September 9, 2015

_____
RICHARD SEEBORG
United States District Judge