Randal M. Barnum       State Bar No. 111287
Carrie E. Croxall      State Bar No. 190430
Lindsay R. Batcha      State Bar No. 264192
LAW OFFICES OF RANDAL M. BARNUM
279 East H Street
Benicia, CA 94510
Telephone: (707) 745-3747
Facsimile: (707) 745-4580
rmblaw@pacbell.net
ccroxall@rmblaw.com
lbatcha@rmblaw.com

Attorneys for Plaintiff,
SUZETTE TIPPITT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE TIPPITT,<br><br>           Plaintiff,<br><br>   v.<br><br>TESORO REFINING AND MARKETING COMPANY; GOLDEN EAGLE REFINERY; and Does 1 through 50, inclusive,<br><br>           Defendant. | Case No.:  3:14-CV-03893-RS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that this action shall be dismissed with prejudice, with all parties to assume their own attorneys' fees and costs, and with all parties waiving all rights of appeal and/or requests for fees or costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 15, 2015          LAW OFFICES OF RANDAL M. BARNUM


By:   /s/ Randal M. Barnum
     Randal M. Barnum
     Carrie E. Croxall
     Lindsay R. Batcha
     Attorneys for Plaintiff
     SUZETTE TIPPITT

1

2

Dated: October 15, 2015                         SEYFARTH SHAW LLP

3

4

                                        By:    /s/ Michael W. Kopp
5                                              William J. Dritsas
                                               Michael W. Kopp
6                                              Attorneys for Defendant
                                               TESORO REFINING & MARKETING
7                                              COMPANY, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21173949v.1                 STIPULATION OF DISMISSAL WITH PREJUDICE