SEYFARTH SHAW LLP
William J. Dritsas (SBN 97523)
wdritsas@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Michael W. Kopp (SBN 206385)
mkopp@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendant
TESORO REFINING & MARKETING COMPANY LLC
(incorrectly sued as "Tesoro Refining and Marketing Company; Golden Eagle Refinery")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE TIPPITT,<br><br>             Plaintiff,<br><br>    v.<br><br>TESORO REFINING AND MARKETING COMPANY; GOLDEN EAGLE REFINERY; and Does 1 through 50, inclusive,<br><br>             Defendant. | Case No.: 3:14-CV-03893-RS<br><br>**DEFENDANT'S ACKNOWLEDGMENT OF SATISFACTION OF JUDGEMENT.** |

Defendant Tesoro Refining & Marketing Co. LLC hereby notifies the Court that the judgment entered in this action on September 9, 2015 (Dkt. No. 46) has been satisfied.

DATED: October 15, 2015                            SEYFARTH SHAW LLP

                                                                     ***By:*** *** /s/ Michael W. Kopp***
                                                                            Michael W. Kopp

                                                                     Attorneys for Defendant
                                                                     TESORO REFINING & MARKETING
                                                                     COMPANY LLC

21174389v.1

DEFENDANT'S ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT